FILED: December 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2087
(7:22-cv-00280-TTC)
_____

ROBERT DILLOW

       Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; SHARA PENERMON, in her individual capacity; STEVEN SCHUH, in his individual capacity

       Defendants - Appellees

 and

SHANAI SLOAN, in her individual capacity; RACHAEL TULLY, in her individual capacity; KATIE POLIDORO, in her individual capacity; ANTHONY SCOTT, in his individual capacity; FRANCES KEENE, in his individual capacity; DOE DEFENDANTS 1-20, in their individual capacities

       Defendants

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Nwamaka Anowi, Clerk</u>